922 A.2d 874

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Gerald KIZER, Respondent.**

Supreme Court of Pennsylvania.

April 18, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED** pursuant to *PennDOT v. Weaver,* 912 A.2d 259 (Pa.2006). Jurisdiction relinquished.